UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID JOHNSON (#88209)

VERSUS

LINDA ANDERSON, ET AL.

CIVIL ACTION

NO. 16-775-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated May 30, 2017 (doc. no. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, Plaintiff's action is DISMISSED, with prejudice, as legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on June 15, 2017.

**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**